UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LISET GRANT,

                        Plaintiffs,

     -against-

NEW YORK PSYCHOTHERAPY AND
COUNSELING CENTER,

                       Defendant.

ORDER

20 Civ. 3206 (GBD)

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is ordered to close this case.

Dated: New York, New York
       September 12, 2022

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge